EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MADELEINE K. LEE, CA Bar No. 258520
madeleine.lee@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
CABLECOM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON PULU, JEROME PULU, THOMPSON PULU, MAXIMUM FAIRCLOTH, AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED PERSONS,<br><br>            Plaintiff,<br><br>     v.<br><br>CABLECOM, LLC, AND DOES 1-25,<br><br>            Defendants. | Case No. 4:23-cv-04828-HSG<br><br>**ORDER APPROVING STIPULATION TO SUBMIT PLAINTIFFS' INDIVIDUAL CLAIMS TO ARBITRATION PURSUANT TO THE PARTIES' ARBITRATION AGREEMENT, DISMISS CLASS CLAIMS, AND STAY NON-INDIVIDUAL PAGA CLAIMS (as modified)**<br><br>Complaint Filed:  August 15, 2023<br>Trial Date:            None<br>Magistrate Judge: Hon. Donna M. Ryu<br>                              Courtroom 4, 17th Floor |

1                                                                Case No. 4:23-cv-04828-HSG
ORDER APPROVING STIPULATION TO SUBMIT PLAINTIFFS' INDIVIDUAL CLAIMS TO
ARBITRATION PURSUANT TO THE PARTIES' ARBITRATION AGREEMENT, DISMISS CLASS CLAIMS,
AND STAY NON-INDIVIDUAL PAGA CLAIMS

58566833.v1-OGLETREE

After considering the stipulation submitted,

IT IS ORDERED that:

1. Plaintiffs Jason Pulu, Jerome Pulu, Thompson Pulu, Maximum Fairclough shall arbitrate their claims against Defendant on an individual basis pursuant to the Arbitration Agreement;

2. Plaintiffs' putative class claims are dismissed with prejudice pursuant to the class action waiver provision in the Arbitration Agreement; and

3. The non-individual putative PAGA claim is stayed pending completion of arbitration as to Plaintiffs' individual claims.

4. Dkt. No. 7, the Motion to Compel Arbitration, Dismiss Class Claims, and Stay PAGA Claim, is terminated as moot. Each side bears its own attorneys' fees and costs with regard to this motion.

Dated: 10/6/2023

_____
The Honorable Haywood S. Gilliam, Jr.
DISTRICT JUDGE