1  EVAN R. MOSES, CA Br No. 198099
   evan.moses@ogletree.com
2  PAUL M. SMITH, CA Bar No. 258520
   madeleine.lee@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:  213-239-9800
   Facsimile:   213-239-9045
6
   Attorneys for Defendant
7  CABLECOM, LLC

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | JASON PULU, JEROME PULU, THOMPSON PULU, MAXIMUM FAIRCLOTH, AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED PERSONS, | Case No. 4:23-cv-04828-HSG |
|---|---|
| Plaintiff, | **ORDER APPROVING JOINT STIPULATION OF DISMISSAL OF CASE** |
| v. | Action Filed:  August 15, 2023<br>Removed:       September 20, 2023 |
| CABLECOM, LLC, AND DOES 1-25, | |
| Defendants. | |

After considering the stipulation submitted,

IT IS ORDERED that:

That this action is dismissed, in full, with prejudice as to Plaintiffs' claims, and without prejudice, as to the representative PAGA claims, pursuant to FRCP 41(a)(1)(A)(ii).

Dated:  1/8/2025

_____
Honorable Haywood S. Gilliam, Jr.
District Judge